**Mary Beth SKIC, Relator,**

v.

**BEVERAGE TRANSPORTATION CORP., Uninsured, Respondent,**

and

**Special Compensation Fund, Respondent.**

No. A05–2178.

Supreme Court of Minnesota.

Jan. 30, 2006.

Mary Beth Skic, Lino Lakes, MN, pro se Relator.

Mike Hatch, Attorney General, Rory H. Foley, Assistant Attorney General, St. Paul, MN, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 6, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Alan C. Page
Associate Justice